DAVIE COUNTY DEPARTMENT OF SOCIAL SERVICES ON BEHALF OF ELAINE C. BROWN v. HENRY LEE JONES AND LINWOOD GRAY BROWN

No. 8222DC561

(Filed 3 May 1983)

Appeal and Error § 6.2— order directing blood grouping test—no immediate appeal

    Defendant had no right of immediate appeal from an order directing him to submit to a blood grouping and comparison test pursuant to G.S. 8-50.1.

APPEAL by defendant Jones from *Johnson, Judge.* Order entered 6 April 1982 in District Court, DAVIE County. Heard in the Court of Appeals 18 April 1983.

*Brock and McClamrock, by Grady L. McClamrock, Jr., for plaintiff appellee.*

*Davis and Corriher, by Thomas M. King, for defendant appellant.*

VAUGHN, Chief Judge.

This is an action seeking support of a minor child. Paternity is at issue. The court entered an order directing defendant to submit to a blood grouping and comparison test pursuant to G.S. 8-50.1, and defendant gave notice of appeal from that order.

An order to submit to a blood grouping test pursuant to G.S. 8-50.1 is interlocutory. No appeal lies from an interlocutory order that does not affect a substantial right. An order to submit to a blood grouping test does not, in this case, affect a substantial right. We are, therefore, required to dismiss the appeal. *Love v.*

*Moore,* 305 N.C. 575, 291 S.E. 2d 141 (1982); *Bailey v. Gooding,* 301 N.C. 205, 270 S.E. 2d 431 (1980).

Appeal dismissed.

Judges HEDRICK and ARNOLD concur.